UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| RICHARD D. HERNANDEZ, *et al*, | ) | CASE NO. |
| | ) | |
| Plaintiffs, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF REMOVAL |
| ECHOSPHERE, L.L.C., a Colorado Limited Liability company, DISH NETWORK, L.L.C., a Colorado Limited Liability company, and DISH NETWORK SERVICE, L.L.C., a Colorado Limited Liability company, DISH NETWORK CORPORATION a Nevada Corporation, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Echosphere, L.L.C., DISH Network L.L.C., DISH Network Service, L.L.C. and DISH Network Corporation (collectively "Defendants"), by and through their undersigned counsel, hereby file their Notice of Removal to this Court of an action pending against it in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida. Removal is based on the following grounds:

1.  On or about February 23, 2011, Marlon Afflick, Deane Boothe, Ronald Confliffe, Jean Dorisca, Alan Harris, Okeel Newkland, Curtis Shaw, Robert Sibley, Omar Wade, Antonio Abrams, Edwin Berry, Timothy Calkins, Ronald Cartrette, Justin Cole, Brandon Cruz, Darren Gray, Luis Guitierrez, Brian Hill, Jermaine Jenkins, Fred Luke, David McAffee, Archie McDougal, Anthony Mitchell, Shannon Newkirk, Sean Owens, Chris Renshaw, Neil Salmonsen, Stephen Spence, Joseph Stokes, Corey Sykes, Kevin Tally, Matthew Thompson, Scott Thompson, Troy Williams, and Bernard Young commenced an action against Defendants in the Circuit Court of the Seventeenth Judicial Circuit, Broward County, Florida.  That action bears

the same Case No. as the above caption and is docketed in the Circuit Court of the Seventeenth Judicial Circuit as Case No. 11-004469(13) (hereinafter, the "State Action").

2. On or about June 6, 2011, an amended complaint was filed in the State Action (hereinafter, the "Amended Complaint").

3. The Amended Complaint had the effect of both adding and removing certain plaintiffs from the State Action.

4. As of the date of this motion, the following twenty-nine (29) individuals are named plaintiffs in the State Action: Richard D. Hernandez, Joseph Ellis, Antonio Abrams, Mark Anzalone, Edwin Berry, Timothy Calkins, Ronald Cartrette, Justin Cole, Brandon Cruz, Darren Gray, Luis Guitierrez, Brian Hill, Jermaine Jenkins, Fred Luke, David McAffee, Archie McDougal, Anthony Mitchell, Shannon Newkirk, Sean Owens, Chris Renshaw, Neil Salmonsen, Stephen Spence, Joseph Stokes, Corey Sykes, Kevin Tally, Matthew Thompson, Scott Thompson, Troy Williams, and Bernard Young (collectively hereinafter, "Plaintiffs").

## TIMELY REMOVAL

5. On or about July 26, 2011, 2011, Defendants were served with copies of the summons and complaint. A copy of the complaint is attached as Exhibit A.

6. This Notice of Removal is being filed within thirty days of service of the summons and complaint. Thus, it is timely filed pursuant to 28 U.S.C. § 1446(b).

## JURISDICTION

7. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331, and this matter may be removed to this Court pursuant to 28 U.S.C. § 1441(b), in that Plaintiffs have, among other things, alleged claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq. See* 28 U.S.C. § 1441(b) ("Any civil action of which the district courts have

2

original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties.")

8.  Because Plaintiffs have brought a claim under the laws of the United States, the jurisdictional requirement is satisfied.

## VENUE

9.  Venue is proper in this district and in this division pursuant to 28 U.S.C. § 1391.

10. This action is not a non-removable action as described in 28 U.S.C. § 1445.

## NOTICE

11. Promptly after the filing of this Notice, Defendants will serve written notice of this removal on Plaintiffs and file a copy of this Notice of Removal with the Clerk of the Court of the Circuit Court of the Seventeenth Judicial Circuit, Broward County, Florida. A copy of the Notice of Filing Notice of Removal is attached as Exhibit B.

WHEREFORE, Defendants respectfully requests that this action be removed to this Court.

Respectfully submitted,

/s/ Mark S. Auerbacher
Mark Auerbacher, Esq.
Florida Bar No. 0978220
*mark.auerbacher@bipc.com*
Buchanan Ingersoll & Rooney PC
Bank of America Tower
100 S. E. Second Street, 34th Floor
Miami, Florida 33131
Telephone: 305-347-4080
Facsimile: 305-347-4089

*Local Counsel for Defendant*

                                    Lisa M. Passarello, Esq.
                                    *lisa.passarello@bipc.com*
                                    Christian C. Antkowiak
                                    *christian.antkowiak@bipc.com*
                                    BUCHANAN INGERSOLL & ROONEY PC
                                    One Oxford Centre
                                    301 Grant Street, 20th Floor
                                    Pittsburgh, PA  15219-1410
                                    Phone:  (412) 562-8800

Dated:  August 15, 2011              *Attorneys for Defendants*

4

BUCHANAN INGERSOLL & ROONEY PC :: Miami Tower :: 100 S.E. Second Street, Suite 3500 :: Miami, FL  33131-2148 :: T 305 347 4080 :: F 305 347 4089

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August 2011, I caused a true and correct copy of the foregoing Notice of Removal to be served via first class mail on the following:

Hal B. Anderson, Esq.
Shavitz Law Group, P.A.
1515 South Federal Highway, Ste. 404
Boca Raton, Florida  33432

Attorney for Plaintiffs

/s/ Mark S. Auerbacher
Mark Auerbacher, Esq.