```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 11-61824-CIV-ZLOCH
```

RICHARD D. HERNANDEZ, and
JOSEPH ELLIS,

      Plaintiffs,

vs.                              **FINAL ORDER OF DISMISSAL**

ECHOSPHERE, L.L.C., et al.,

      Defendants.
_____/

THIS MATTER is before the Court upon the Stipulation Of Dismissal With Prejudice And Memorandum Regarding Settlement (DE 46) filed herein by all Parties, which the Court construes as a motion for the same. The Court has carefully reviewed said Motion, the Parties' Confidential Settlement Agreements And General Releases, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation Of Dismissal With Prejudice And Memorandum Regarding Settlement (DE 46) filed herein by all Parties, which the Court construes as a motion for the same, be and the same is hereby **GRANTED**;

2. Pursuant to <u>Lynn's Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982), the Parties' Confidential Settlement Agreements And General Releases be and the same are hereby approved, adopted and ratified by the Court;

3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot; and

5. The Court will retain jurisdiction over the above-styled cause solely for the purpose of enforcing the Parties' Confidential Settlement Agreements And General Releases.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    29th    day of June, 2012.

                                            WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:

All Counsel of Record